District Judge Ronald B. Leighton
Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>)<br>v. )<br>)<br>THOMAS F. ASHLOCK, )<br>)<br>Respondent. )<br>_____ ) | NO. 09-MC-5018<br><br>ORDER GRANTING<br>UNITED STATES' WITHDRAWAL<br>OF PETITION TO ENFORCE<br>INTERNAL REVENUE SERVICE<br>SUMMONS |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Kayla Stahman, Assistant United States Attorney; it is hereby

//

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 1
[09-MC-5018-JRC-RBL]

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED. The above-captioned case is hereby DISMISSED.

DATED this 29th of October, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 28th day of October, 2009.

/s/ _____
J. Richard Creatura
United States Magistrate Judge